IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 FEB 27  P 12: 13

CLERK'S OFFICE
AT GREENBELT

William R. White
4833 Illinois Ave. N.W.
Washington D.C. 20011
(Full name and address of the plaintiff)
Plaintiff(s)

vs.

The Home Depot
Jason Alexander
Marthe theus
10301 Martin Luther King Jr. Hwy
Lanham, Md. 20706
(Full name and address of the defendant(s))
Defendant(s)

DKC 13 CV 0624

Civil No.:_____
(Leave blank. To be filled in by Court.)

## COMPLAINT

1. Jurisdiction in this case is based on:

   [X] Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   [ ] Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   [ ] Other (explain) The _____

Complaint (Rev. 12/2000)

1

2. The facts of this case are:

I was terminated from Home Depot 12/12/2012 after 4½ years of service, because it was said that I was rude to a customer. Before this I had three accidents while on the job. Home Depot was informed by my doctor to remove me from the job I was in before another accident happened, the request went unanswered an accident happen. The file a grivence with the EEOC after I was terminated and was informed that I could seek releif under Title VII, The Americas with Disabilities Act (ADA) The Genetic information Non Discrimination Act or Age Discrimination in Employment. I don't know if and when I get an attorney more charges will be filed. But I will have to wait a see on this matter. I was under the doctor care at the time of my discharge and I still am recieving treatment from those injuries that were askerbated by the three accident with injury that happen while working on the job with the Home Depot.

Complaint (Rev. 12/2000)

2

3. The relief I want the court to order is:

☒ Damages in the amount of: 3 year pay with raises

☐ An injunction ordering: _____

☐ Other (explain): Education payment so that I can compeate for suitable employment.

2/27/2013
(Date)

(Signature)

William R. White
4833 Illinois Ave. N.W.
Washington, DC 20011
202-372-5272
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.